UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 8162**

Leon Martin JR
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Kevin McGraw and
Orange County Jail medical
staff
_____

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No
*(check one)*

NOV 7 2012

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name   Leon Martin Jr       Inmate ID # 201204876
           Street Address  110 wells farm Rd
           County, City  Goshen, Orange County
           State & Zip Code  NY, 10924
           Telephone Number  _____

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

Defendant No. 1    Name _Kevin McGraw_
Street Address _110 wells farm rd_
County, City _Orange County, Goshen_
State & Zip Code _NY 10924_
Telephone Number _____

Defendant No. 2    Name _Orange County Jail staff_
Street Address _110 wells farm rd_
County, City _Orange County, Goshen_
State & Zip Code _NY 10924_
Telephone Number _____

Defendant No. 3    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction?  *(check all that apply)*
    ☒ Federal Questions          ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  _Orange County Jail, Medical malpractice._

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
    Plaintiff(s) state(s) of citizenship _____
    Defendant(s) state(s) of citizenship _____

Rev. 05/2010

III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Orange County Jail's, medical room

B. What date and approximate time did the events giving rise to your claim(s) occur? On 10/24/2012 at approximately 8 O'clock pm.

C. Facts: I went to the dentist around 8pm. I was told, I would be getting my tooth abstracted today, so I agreed. I was given a couple shots of Novocaine to numb the areas around the tooth. The dentist, Kevin McGraw started to abstract the tooth, while doing so, some of the tooth was braking off, and I was starting to get unbearable pain as he kept trying to abstract my tooth, to a point that I could not take anymore. I started spitting blood and bits of tooth out my mouth and still had a chunk of tooth currently in my mouth. I was then sent back to my housing unit with a half tooth still lodged in my mouth, cuts all around the tooth on my gumbs and excruciating pain. There were two nurses but don't have names.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I sustained deep cuts into my gumbs, and still have a half broken tooth currently in my mouth. The medical treatment given by the dentist was improper, he should have been able to remove the tooth with no problem, if he was an actual dental surgeon and not a regular dentist with no knowledge of how to remove a tooth properly. As well as pain medication that has been given by this medical unit has not worked and everytime I eat I still spit up pieces of tooth.

Rev. 05/2010

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I would like to sue for medical malpractice of Improper or negligent treatment of medical care providers, as physicians or nurses, resulting in injury or damage to the patent, myself leon Martin JR. Improper or unethical conduct by the holder of an offical or professional position. I would like to recieve $50,000 in monetary compensation for the damage and mental stress this institution has put me in.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30 day of 10, 2012

Signature of Plaintiff: *Leon Martin*

Mailing Address: Orange County Jail
110 Wells Farm Rd.
Goshen, NY 10924

Telephone Number:

Fax Number (if you have one):

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

## For Prisoners:

I declare under penalty of perjury that on this 30 day of 10, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Leon Martin*

Inmate Number: 201204876

Rev. 05/2010

RECEIVED NOV - 7 2012 PRO SE OFFICE

_Leon Martin Jr_ X

_____,
PLAINTIFF

-Against-

THE STATE OF NEW YORK,
DEFENDANT
_Kevin McGraw_ X

Notice Of Intention
To File Claim

To: The New York State Attorney General's Office

**PLEASE TAKE NOTICE**, that the undersigned, _Leon Martin, Jr_ intends to file a claim against the State of New York, pursuant to §10 & §11 of the NY Court of Claims Act.

The post office address of the claimant is: _110, wells farm Rd Goshen NY 10924_. And for the time being, I am representing myself.

The time and place where such claim arose and the nature of my claim is as follows:

_In orange County Jail on the day of 10/24/2012 at approximately 8 pm the medical malpractice of abstracting of a tooth._

_____
X _Leon Martin_
Claimant

Dated: _10_ Day Of _30_, 20_12_

STATE OF NEW YORK)
             )SS:
COUNTY OF    )

I _Leon Martin Jr_, being duly sworn deposes and says that: I am the above named claimant and that I have read the foregoing claim against the State of New York and know it's content. The statements claimed herein are true to the best of my knowledge. The matter alleged is upon information and belief to be true and correct to the best of my knowledge.

X _Leon Martin_
CLAIMANT

**Sworn To Before Me**
**On This**

_1_ Day Of _November_, 20_12_.

**NOTARY-PUBLIC**

VINCENT J. CZUBAK
Notary Public, State of New York
No. 01CZ6102072
Qualified in Sullivan County
Commission Expires November 24, 2015

_Vincent J. Czubak_



U.S. POSTAGE
PAID
GOSHEN, NY
10924
NOV 02 '12
AMOUNT
$6.60
00088942-12



ORANGE COUNTY JAIL
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924

United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 230
New York, New York 10007

PRO SE OFFICE



7009 1680 0002 1647 6948

CERTIFIED MAIL





**ORANGE COUNTY JAIL**
**110 WELLS FARM ROAD**
**GOSHEN, NEW YORK 10924**

U.S. POSTAGE PAID
GOSHEN, NY 10924
NOV 02, 12
AMOUNT
$6.60
00088942-12

10007
1000

United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 230
New York, New York 10007



PRO SE OFFICE
NOV 07 2012

7099 1680 0002 1647 6955

CERTIFIED MAIL









ORANGE COUNTY JAIL
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924

United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 230
New York, New York 10007

PRO SE OFFICE
NOV 07 2012

CERTIFIED MAIL
7009 1680 0002 1647 6931